UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY J. WRIGHT,

        Petitioner,

 vs                9:03-CV-806

JOSEPH SMITH, Superintendent,
Shawgunk Corr. Facility,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| KUBY & PEREZ LLP<br>Attorneys for Petitioner<br>Suite 900<br>119 West 23rd Street<br>New York, New York 10011 | RONALD L. KUBY, ESQ. |
| HON. ANDREW M. CUOMO<br>Attorney General of the<br> State of New York<br>Attorney for Respondent<br>Department of Law<br>Suite 900<br>119 West 23rd Street<br>New York, New York 10011 | ASHLYN H. DANNELLY, ESQ.<br>Asst. Attorney General |

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

  Petitioner, Anthony J. Wright, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By Report-Recommendation dated March 16, 2007, the Honorable George H. Lowe, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and dismissed.  The petitioner has filed objections to the Report-Recommendation.

Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: August 21, 2007
       Utica, New York.

United States District Judge